FILED: August 20, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-2306
(A203-644-135)
(A203-644-136)

_____

AZUCENA ARACELY LAZO-GAVIDIA; D.A.L.G.

Petitioners

v.

MERRICK B. GARLAND, Attorney General

Respondent

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for review is denied.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK