FILED: October 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2306
(A203-644-135)
(A203-644-136)

_____

AZUCENA ARACELY LAZO-GAVIDIA; D.A.L.G.

Petitioners

v.

MERRICK B. GARLAND, Attorney General

Respondent

_____

M A N D A T E

_____

The judgment of this court, entered August 20, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*